IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-195-D

| | | |
|---|---|---|
| CARLOS A. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAY MAYBUS, | ) | |
| | ) | |
| Defendant. | ) | |

Carlos A. Alford ("Alford"), appearing pro se, submitted a motion for leave to proceed in

forma pauperis [D.E. 1]. The motion is GRANTED. Alford apparently seeks relief following

administrative proceedings. Cf. Alford v. Mabus, 575 F. App'x 170 (4th Cir. 2014) (per curiam)

(unpublished). The United States Marshal shall serve the complaint, a summons, and this order on

the United States in accordance with Rules 4(c)(3) and 4(i) of the Federal Rules of Civil Procedure.

The clerk also shall send the complaint, a summons, and this order to the U.S. Attorney for the

Eastern District of North Carolina. Plaintiff's motion for summary judgment [D.E. 4] is DENIED

without prejudice.

SO ORDERED. This _10_ day of November 2014.

JAMES C. DEVER III
Chief United States District Judge