IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CV-195-D

| | |
|---|---|
| CARLOS A. ALFORD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SECRETARY OF THE NAVY, | ) ORDER |
| RAY MABUS; BOARD FOR | ) |
| CORRECTION OF NAVAL RECORDS | ) |
| CHAIRMAN [1], W. DEAN PFEIFFER; | ) |
| ACTING EXECUTIVE DIRECTOR, | ) |
| ROBERT ZSALMAN | ) |
| | ) |
| Defendants. | ) |

UPON CONSIDERATION of Defendants' Motion to Stay Discovery,

IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED; and IT IS FURTHER ORDERED that discovery is stayed pending the Court's ruling on Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. After entry of such Order on Defendants' Motion, the Court will reset deadlines as necessary.

SO ORDERED this the １ day of March, 2015

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Complaint states Board of Corrections; however, proper name is Board for Correction of Naval Records.

1