UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:14-CV-195-D |
| ) | |
| ROY MABUS, *Secretary of the Navy*, ) | |
| W. DEAN PHIEFFER, *Chairman* ) | |
| *Board of Corrections*, and ROBERT D. ) | |
| ZSALMAN, *Acting Executive Director*, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss this action for lack of subject matter jurisdiction [D.E. 21], and DISMISSES this action for lack of subject-matter jurisdiction. The court DENIES AS MOOT the parties' cross-motions for summary judgment [D.E. 18, 21, 37], and plaintiff's other motions [D.E. 28, 33]. The clerk shall close the case.

**This Judgment Filed and Entered on June 23, 2015, and Copies To:**

| | |
|---|---|
| Carlos A. Alford | (via US Mail, 1001 Nautilus Drive, Apartment 12-P, Wilmington, NC 28401) |
| Denise Walker | (via CM/ECF electronic notification) |
| Roberto F. Ramirez | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| June 23, 2015 | By: /s/ Courtney O'Brien |
| | Deputy Clerk |